IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALAIKA COLEMAN, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) v. ) ) GARRISON PROPERTY & CASUALTY ) INSURANCE CO. and UNITED SERVICES ) AUTOMOBILE ASSOCIATION, ) ) Defendants. ) ) | Case No. 1:19-cv-01745<br><br>The Honorable Virginia M. Kendall |

**DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Garrison Property & Casualty Insurance Company ("Garrison") and United Services Automobile Insurance Company ("USAA") (collectively, "Defendants") move to dismiss with prejudice the First Amended Complaint of Plaintiff Malaika Coleman ("Plaintiff"). Plaintiff's First Amended Complaint fails to state a valid claim for breach of contract and should be dismissed. In support of this Motion, Defendants submit their supporting Memorandum.

Dated:  September 10, 2019	Respectfully submitted,

*/s/ Jay Williams*
Jay Williams
Paula M. Ketcham
Kirstie Brenson
SCHIFF HARDIN LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60606
Tel:  (312) 258-5500
Fax:  (312) 258-5600
jwilliams@schiffhardin.com
pketcham@schiffhardin.com
kbrenson@schiffhardin.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 10, 2019, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which will automatically send notification of this filing to all counsel of record.

                                                       */s/ Jay Williams*
                                                       Jay Williams