**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Malaika Coleman

                                                                                                          Plaintiff,

v.                                                                                                                Case No.: 1:19−cv−01745
                                                                                                               Honorable Virginia M. Kendall

United Service Automobile Association, et al.

                                                                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 11, 2019:

      MINUTE entry before the Honorable Virginia M. Kendall: Defendants' motion to dismiss [36] is entered and continued. Plaintiff's response shall be filed by 9/25/2019; reply to be filed by 10/2/2019. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.