UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALAIKA COLEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GARRISON PROPERTY AND CASUALTY INSURANCE CO. and UNITED SERVICE AUTOMOBILE ASSOCIATION,<br><br>Defendants. | Civil Action No. 19-cv-01745<br><br>The Honorable Virginia M. Kendall |

## PLAINTIFF'S MOTION TO ALTER JUDGMENT

Pursuant to Federal Rule of Civil Procedure 59(e), Plaintiff requests that the Court reconsider its opinion granting Defendant's Motion to Dismiss (Dkt. No 45) and alter the judgment entered against Plaintiff on January 30, 20120 (Dkt. No. 46). Good cause exists for reconsideration because the Court's dismissal and judgment arose from a misapprehension of the insurance policy underlying Plaintiff's breach of contract claim, and because there is new evidence that supports Plaintiff's interpretation of that policy. Plaintiff requests that the judgment be vacated, and that either the Court's dismissal of Plaintiff's complaint be reversed or that Plaintiff be granted leave to file an amended complaint incorporating the new evidence. In support of this Motion, Plaintiff submits the accompanying Memorandum.

Dated:  February 6, 2020

Respectfully submitted,

*/s/Daniel R. Ferri*
Adam J. Levitt
Daniel R. Ferri
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Eleventh Floor
Chicago, Illinois  60602
Telephone:  312-214-7900
alevitt@dicellolevitt.com
dferri@dicellolevitt.com

Edmund A. Normand
Jacob Phillips
**NORMAND LAW, PLLC**
62 West Colonial Street, Suite 209
Orlando, Florida  32814
Telephone:  407-603-6031
ed@ednormand.com
jacob@ednormand.com

Scott Edelsberg
**EDELSBERG LAW, PA**
2875 NE 191st Street, Suite 703
Aventura, Florida  33180
Telephone:  305-975-3320
scott@edelsberglaw.com

Andrew J. Shamis
**SHAMIS & GENTILE, P.A.**
14 NE First Avenue, Suite 400
Miami, Florida  33132
Telephone:  305-479-2299

*Counsel for Plaintiff
and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2020, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which will automatically send notification of this filing to all counsel of record.

*/s/ Daniel R. Ferri*
Daniel R. Ferri
