**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MALAIKA COLEMAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>GARRISON PROPERTY & CASUALTY INSURANCE CO. and UNITED SERVICES AUTOMOBILE ASSOCIATION,<br><br>　　　　　　　　　Defendants. | Case No.1:19-CV-01745<br><br>The Honorable Virginia M. Kendall |

**DECLARATION OF DANIEL R. FERRI
<u>IN SUPPORT OF MOTION TO ALTER JUDGMENT</u>**

I, Daniel R. Ferri, declare as follows:

　　　1.　　I am an attorney with the law firm of DiCello Levitt Gutzler LLC and counsel for Plaintiff in the above-captioned action.

　　　2.　　I make this declaration in support of Plaintiffs' Motion to Alter Judgment.

　　　3.　　The matters set forth herein are based on my personal knowledge. If called upon, I would competently testify thereto.

　　　4.　　Attached as Exhibit A is a true and correct copy of a webpage from Defendant United Services Automobile Association's website, which, as of February 3, 2020, can be found at https://www.usaa.com/inet/wc/advice-auto-what-happens-when-your-car-is-totaled.

　　　5.　　I first located this webpage on January 30, 2020.

　　　6.　　The webpage does not have a publication date on its face. Nor does it appear to include a publication date in its source code. However, by including the string "&as_qdr=y15"

1

after the webpage's URL in the browser address bar, Google lists the approximate publication date as October 14, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 6, 2020 		*/s/ Daniel R. Ferri*
		Daniel R. Ferri

## CERTIFICATE OF SERVICE

    I hereby certify that on February 6, 2020, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which will automatically send notification of this filing to all counsel of record.

                                                               */s/ Daniel R. Ferri*  
                                                               Daniel R. Ferri

# EXHIBIT A

Car Buying Service    Auto Loan    Auto Learning Center



After a car accident, you may hope your insurer will restore your vehicle to its pre-crash condition so you can continue driving it. That doesn't always happen — sometimes it's declared a total loss.

A vehicle may be totaled if the cost to repair it is more than the car is worth. In addition, state law may require your insurer to total the vehicle if the damage exceeds a certain percentage of its value.

## Putting a Price Tag on Your Totaled Vehicle

==If it's totaled, rather than getting your car or truck back, you'll receive payment from the insurer for its actual cash value, minus any applicable policy deductible.==

The insurer determines the actual cash value (ACV) by considering your vehicle's condition before the crash and market value for similar used vehicles in your geographic area. ACV differs from book value, which may not reflect current market prices.

If you recently had major work done to your vehicle, let your claims adjuster know. By "major work," we mean something along the lines of replacing the transmission or getting a new paint job. Your adjuster may agree that there's value in the work performed, but you might not believe you're getting a fair valuation. Just talk to your adjuster and explain your reasoning for why it should be higher. If your difference of opinion is large and you're unable to persuade the insurer to your point of view, check if your policy has an appraisal clause.

When you invoke an appraisal clause, you and your insurer will hire an appraiser. They will render individual judgments on the actual cash value and try to reach an agreement. If they can't, they'll choose another appraiser to act as an umpire.

Make sure the appraisal process is worth your while.

## GAP or Total Loss Protection

After the value is established, you'll receive your settlement payment either by check or a direct deposit to your bank account.

If you still owe money on the car, a check may be made out jointly to you and your lender. If the insurance payment is less than what you owe, you'll generally have to pay your lender the difference out of your own pocket.

That may not be the case, however, if your loan has something called guaranteed asset protection or GAP coverage, which frees you from having to pay the difference between your outstanding debt and your insurance settlement. (At USAA, this coverage is called Total Loss Protection.)

GAP coverage is usually an optional feature offered at an extra cost to you when the loan is originated. Depending on the terms of the GAP plan, you're still responsible for paying your deductible.

Your policy may also carry auto replacement assistance, which could allow you to replace your vehicle with a newer one or at least one similar.

## Handing Over Your Totaled Vehicle

After a total loss, the normal practice is for the insurer to take possession of your vehicle. To transfer ownership, you'll need to sign your title over to the insurance company and then physically deliver the title to them. If you can't find your title, apply to your state motor vehicle department for a replacement.

You'll also need to authorize the shop holding your vehicle to release it to the insurer. Before you do, be sure to remove all your personal possessions. State law may also require you to remove the license plates.

In many states, you may have the option to keep the wrecked vehicle, but your settlement amount will be reduced by the expected salvage value. Note that if you do keep it, it will have a salvaged title with potential for diminished value, branding it as a vehicle that was in a major accident or has sustained major damage. You may not be able to insure it even if you repair it, and the salvage title could make selling it difficult. If the vehicle is drivable (for example, if it has hail damage) and you choose not to repair it, physical damage coverage may no longer be available.

After you complete the settlement and transfer of ownership, you should immediately delete the vehicle from your insurance policy — if the insurer doesn't do so automatically. If it was the only vehicle on that policy, you should still keep the policy in force so you're covered while

### Related Articles

What You Need to Know About Car Loans

When is the Best Time to Buy a Car?

How Much Car Can I Afford?

Tips for Negotiating Better Car Deals

### Car Buying Tools

Auto Loan Calculator

Auto Savings Goal Planner

### USAA Auto Products

Car Buying Service

Sell or Trade a Car

Auto Loan

My Vehicles



**Get Car Financing Without Leaving Your Home**

View All Offers

**GOODYEAR**

USAA Members save 25% off tires purchased on goodyear.com

Find Tires

Case: 1:19-cv-01745 Document #: 48-1 Filed: 02/06/20 Page 6 of 6 PageID #:386

you're driving other vehicles before buying your next one. If you don't replace the vehicle, consider securing a "named non-owners policy."

Your insurance may cover the cost of a rental car, but only for a limited time, so you should start considering buying your next vehicle. If you're financing that purchase, get a pre-approval from your lender to save time and put yourself in a stronger negotiating position.

## A Possible Tax Break

If your vehicle is totaled, you may qualify for a federal income tax deduction for the unreimbursed portion of your loss. This is called a casualty loss deduction. It isn't available if the accident was caused by willful negligence or a willful act on your part.

Depending on your income and other deductions, it may take quite a large unreimbursed loss to actually achieve a benefit on your tax return:

- Unless your car was totaled in a federally declared disaster, the casualty loss deduction is only available if you itemize your deductions, rather than using the standard deduction. In 2019, the standard deduction is $12,200 for individuals and $24,400 for married couples filing a joint return.
- To calculate the deductible amount, you first reduce the unreimbursed loss by $100. Then, you can only take a deduction to the extent your total casualty losses for the year exceed 10% of your adjusted gross income.

The IRS's methodology for determining the amount of the loss is different from how insurers calculate it. For details on the casualty loss deduction, consult IRS Publication 547 or talk to a tax professional.

Get Support. Discuss. Explore.
Visit the USAA Community.

**GO MOBILE**
apps & more



Switch to mobile site

Copyright © 2020 USAA.

Use of the term "member" or "membership" refers to membership in USAA Membership Services and does not convey any legal or ownership rights in USAA. Restrictions apply and are subject to change.

Alliance services provided through USAA Alliance Services, LLC, which contracts with third parties that are not affiliated with USAA to provide products and services to USAA members and receives compensation on the sale of third party products and services. Third party providers have sole financial responsibility for their products and services.

©2018 The Goodyear Tire & Rubber Company. All rights reserved. All services related to tires purchased from Goodyear are provided exclusively by Goodyear Tire, not USAA. Any information you provide to Goodyear will be handled according to the Goodyear privacy policy. USAA receives marketing fees in connection with this program.

The trademarks, logos and names of other companies, products and services are the property of their respective owners.

USAA means United Services Automobile Association and its insurance, banking, investment and other companies. Credit cards issued by USAA Savings Bank, other bank products by USAA Federal Savings Bank, both Member FDIC.

Investments provided by USAA Investment Management Company and USAA Financial Advisors Inc., both registered broker dealers and affiliates.


263296–1019
1657800

About Our Ads